IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BETTY E. DELAUTER, Individually, and as Wife of Boyd David DeLauter, Deceased | * * * * | BML NO. 4 |
| Plaintiff | * * | CIVIL ACTION NO. 96-3702 Consolidated with 95-2736 |
| vs. | * * | |
| A.C.&S., INC., ET AL. | * * | |
| Defendants | * | |

*****************************************************************

ORDER

AND NOW this 27th day of August, 2001, upon consideration of Plaintiff's Motion, it is

ORDERED that the Plaintiffs be granted leave to file an amended Complaint.

_____
United States District Judge

Charles R. Weiner

